FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

01 MAR -9 PM 2: 57

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| LORENZO RAINER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | CIVIL ACTION NO. 98-N-0895-S |
| | ) | |
| COMMISSIONER HOOPER; WARDEN MITCHEM; ASST. WARDEN JONES; CLASS SUPERVISOR ROBINSON; CLASS SPECIALIST HARDISON; CAPTAIN MYERS; CHAPLIN LINSEY; LT. FREEMAN; PSYCHOLOGIST MR. CAVANAUGH; LT. MARTIN; OFFICER V. ROBERSON; OFFICER PETE; and HEAD NURSE MS. LAWRENCE, | ) ) ) ) ) ) ) ) ) ) | ENTERED<br><br>MAR 09 2001 |
| Defendants. | ) | |

### MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, defendants Hooper, Jones, Robinson, Hardison, Myers, Linsey, Cavanaugh, Pete, and Lawrence are due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1). The plaintiff's claims against the remaining defendants are due to



proceed. An appropriate order will be entered.

DONE, this 9th day of March, 2001.

EDWIN L. NELSON,
UNITED STATES DISTRICT JUDGE